```
                              FILED
                    CLERK, U.S. DISTRICT COURT

                         MAY - 9 2014

                    CENTRAL DISTRICT OF CALIFORNIA
                    EASTERN DIVISION    BY DEPUTY
```

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, </br> </br>      Plaintiff, </br> </br>   v. </br> </br> Pablo Torres-Fabela, </br>      Defendant. | Case No.: S:08 CR-224 VAP </br> </br> ORDER OF DETENTION </br> (FED.R. CRIM. P.32.1(a)(6); 18 </br> U.S.C. § 3143(a)) |

The defendant having been arrested in this District pursuant to a warrant issued by the United States District Court for the __CENTRAL__ District of __CALIFORNIA__ for alleged violation(s) of the terms and conditions of probation or supervised release; and

Having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a), the Court finds that:

A.   (✓)   The defendant has not met his/her burden of establishing by clear and convincing evidence that he/she is not likely to flee if released under 18 U.S.C. § 3142(b) or (c). This finding is based on the following: UNKNOWN BACKGROUND; UNKNOWN BAIL RESOURCES; IMMIGRATION STATUS UNDOCUMENTED; PRIOR DEPORTATION; ASSOCIATED W/ NUMEROUS PERSONAL IDENTIFIERS; SUBMISSION TO DETENTION.

and/or

B.   ( )   The defendant has not met his/her burden of establishing by clear and convincing evidence that he/she is not likely to pose a danger to the safety of any other person or the community if released under 18 U.S.C. § 3142(b) or (c). This finding is based on the following:

_____

_____

_____

_____

IT THEREFORE IS ORDERED that the defendant be detained pending the further revocation proceedings.

Dated: 5/9/11

HONORABLE DAVID T. BRISTOW
United States Magistrate Judge

2